1  DOMINIC P. GENTILE, ESQ.
   Nevada State Bar No. 1923
2  CHARLES D. LOMBINO
   Nevada State Bar No. 8547
3  WILLIAM H. GAMAGE, ESQ.
4  Nevada State Bar No. 9024
5  GENTILE DEPALMA, LTD.
   3960 Howard Hughes Parkway, Suite 850
6  Las Vegas, NV  89109
7  (702) 386-0066
   Attorneys for Plaintiffs
8

9                    UNITED STATES DISTRICT COURT
10                        DISTRICT OF NEVADA

11 DANIEL GILLSON and BEVERLY
12 GILLSON
                                         Case No.: 3:06-CV-00325-ECR-RAM
13          Plaintiffs,
14 
   vs.
15 
16 SPARKS POLICE DEPARTMENT;         **STIPULATED MOTION TO**
   WASHOE COUNTY SHERIFF'S OFFICE;   **EXTEND THE TIME FOR**
17 TASER INTERNATIONAL, INC., an     **PLAINTIFFS TO OPPOSE WASHOE**
   Arizona Corporation; TASER        **COUNTY SHERIFF'S OFFICE'S**
18 INTERNATIONAL, INC., a Delaware   **MOTION TO DISMISS**
19 Foreign Corporation; DOES I through X in
   their individual and official capacity; DOES
20 XI through XX in their individual and
21 official capacity; DOES XXI through XXX in
   their individual and official capacity; DOES
22 XXXI through XL in their individual and
23 official capacity; and ROE
   CORPORATIONS XLI Through L,
24 inclusive,
25          Defendants.

26

27
   ///
28

-1-

**COME NOW** Plaintiffs, Daniel Gillson and Beverly Gillson, by and through their counsel, Dominic P. Gentile, Charles D. Lombino, and William H. Gamage, of the Law Offices of Gentile DePalma Ltd., and for their Stipulation to Extend the Time to Oppose Washoe County Sheriff's Office's Motion to Dismiss.

Plaintiffs hereby request an extension to oppose Defendant Washoe County Sheriff's Office's Motion to Dismiss. See Doc. No. 8. In support of this Stipulated Motion, Plaintiff's state the following:

1. Plaintiffs filed their Complaint on or about June 8, 2006 with Defendant Washoe County Sheriff's Office filing their Motion to Dismiss on or about July 28, 2006.

2. The Attorney in the Washoe County District Attorney's Office who was assigned this case and drafted their Motion was DDA Gary Shannon. DDA Shannon was recently promoted and had this case re-assigned to DDA Brian Brown.

3. Plaintiffs request a fourteen (14) day extension to oppose Defendant Washoe County Sheriff's Office's Motion to Dismiss.

4. Plaintiffs reasonably require the extension to confer with opposing counsel on the mutually desirable results from stipulating to certain aspects of their Motion to Dismiss. In speaking with DDA Brown for the first time since his assignment to the case, he wanted to have additional time to review the file before engaging in substantive negotiations on the Motion to Dismiss.

5. As counsel for Defendant Washoe County Sheriff's Office, DDA Brown consented to the fourteen (14) day extension of time for the Plaintiffs to oppose their Motion to Dismiss.

6. Plaintiffs make this Stipulated Motion in good faith and not for purposes of hindrance or delay but to give defense counsel sufficient time to review his newly assigned file so that we might substantively agree to a stipulated resolution on their pending Motion to Dismiss.

7. This extension will not prejudice Defendant Washoe County Sheriff's Office and will likely save valuable Court time and resources since the parties can likely come to an accommodation on the pending Motion to Dismiss.

1     8. Responses to Defendant Washoe County Sheriff's Office's Motion to
2 Dismiss are due August 15, 2006.

3     WHEREFORE. For the foregoing reasons, Plaintiffs respectfully request that the
4 Court grant this Stipulated Motion to Extend the Time for Plaintiffs to Oppose Washoe
5 County Sheriff's Office's Motion to Dismiss to and including August 29, 2006.

6     **DATED** this 15th day of August, 2006.

THE LAW OFFICES OF GENTILE DEPALMA, LTD.

By: /s/ William Gamage, For
_____
DOMINIC P. GENTILE, ESQ.
Nv. State Bar No. 1923
CHARLES D. LOMBINO, ESQ.
Nv. State Bar No. 8547
WILLIAM H. GAMAGE, ESQ.
Nv. State Bar No. 9024
3960 Howard Hughes Parkway
Suite 850
Las Vegas, Nevada, 89109
(702) 386-0066
(702) 382-9309 (facsimile)
Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 22, 2006